**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| **IN RE GADOLINIUM-BASED CONTRAST AGENTS PRODUCTS LIABILITY LITIGATION** | **Case No. 1:08-GD-50000**<br>**MDL 1909**<br><br>**DISTRICT JUDGE POLSTER** |
| **KIMBERLY BULLOCK, et al.,**<br><br>**Plaintiffs,**<br><br>***v.***<br><br>**GENERAL ELECTRIC CO., et al.,**<br><br>**Defendants.** | **Case No. 1:08-GD-50216** |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE CORRECTED BRIEF AND EXHIBITS**

Plaintiffs now seek leave to file corrected documents.

Plaintiffs' Memorandum in Opposition to GEHC's Motion for Partial Summary Judgment on Failure to Warn (Doc. #238) inadvertently contained incorrect Tables of Contents and Authorities, and certain page numbers were incorrect. A corrected version of this document is attached as Exhibit A. No change to any substantive matter has been made.

Plaintiffs' exhibits 1–29 to this same memorandum in opposition were filed as a single document (Doc. #239), but this document omitted certain deposition transcript pages. A corrected set of these exhibits is attached as Exhibit B.

Plaintiffs' Memorandum in Opposition to GEHC's Motion for Partial Summary Judgment on the Plaintiffs' Punitive Damages Claim (Doc. #237) inadvertently contained an incorrect Table of Authorities, and certain page numbers were incorrect. A corrected version of this document is attached as Exhibit C. No change to any substantive matter has been made.

Plaintiffs' exhibits 18-24 to this same memorandum in opposition were filed as a single document (Doc. #244). These documents inadvertently did not contain proper bookmarks or exhibit footers. A corrected set of these exhibits is attached as Exhibit D.

Plaintiffs regret the error and any inconvenience this may have caused the Court. Plaintiffs request that: (1) the Court grant leave to file these corrected documents, and (2) that the Court order the Clerk to strike the erroneous filings from the docket, replacing them with the exhibits to this motion.

Plaintiffs have conferred with counsel for Defendants, who do not oppose the filing of this motion.

Dated: April 6, 2010.

                                          Respectfully submitted,

By: /s/K. Lea Morris
K. Lea Morris
*Lea.Morris@levinlaw.com*

Troy A. Rafferty
*TRafferty@levinlaw.com*
Mike Papantonio
*MPapantonio@levinlaw.com*
LEVIN PAPANTONIO THOMAS MITCHELL ESCHNER & PROCTOR
316 South Baylen Street, Suite 600
Pensacola FL, 32502
Tel: (850) 435-7059
Fax: (850) 435-7020

## **CERTIFICATE OF SERVICE**

A copy of the foregoing was filed electronically on April 6, 2010. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

<div style="text-align: right;">

/s/ K. Lea Morris
K. Lea Morris

</div>